IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| United States of America | ) |
| | ) Case No. CR 412-13 |
| v. | ) |
| | ) |
| Fonte Lashae Morrell | ) |

O R D E R

The above captioned case filed in the Savannah Division of this Court currently being assigned to the Honorable Magistrate Judge James E. Graham,

It is hereby ORDERED that this case be reassigned to the Honorable Magistrate Judge G. R. Smith.

SO ORDERED, this ___ day of September, 2016.

_____
Lisa Godbey Wood, Chief Judge
United States District Judge
Southern District of Georgia