IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FEONTA LASHAE MORRELL,  )
                        )
     Petitioner,         )
                         )
v.                       )   CASE NO. CR415-192
                         )
UNITED STATES OF AMERICA,)
                         )
     Respondent.         )
                         )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (§ 2255) (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 16th day of October 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA